## SUMMONS IN A CIVIL ACTION

### United States District Court
### for the District of Colorado

Civil Action Number: **07-CV-02010-RPM-BNB**

OKUMA NUTRITIONALS, LLC

                PLAINTIFF,

v.

**SUMMONS**

EDIRECTSOFTWARE, a Canadian partnership; JESSE WILLMS, an individual; LINDA WILLMS, an individual; 1016363 ALBERTA LTD., a Canadian corporation; and 1021018 ALBERTA LTD., a Canadian corporation.

                DEFENDANTS.

To the above named Defendant **Jesse Willms**

You are hereby summoned and required to serve upon **J. Lucas McFarland**, plaintiff's attorney, whose address is:

**Evans & McFarland, LLC**
**910 13th Street, Suite 200**
**Golden, CO 80401**
**(Phone) 303.313.1123**
**(Facsimile) 303.277.1620**
**(email) lmcfarland@emlawyers.com**

AND FILE WITH THE CLERK OF THE COURT

an answer to the complaint which is herewith served upon you, within **20 (twenty) days** of service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

Gregory C. Langham, Clerk

By: _____

(Seal of the Court)

Date: 9/25/07

Clerk, U.S. District Court, Room A-105 Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado 80294-3589

NOTE: This summons is issued pursuant to Rule 4 of the Federal Rules of Civil Procedure.

## RETURN OF SERVICE

NAME OF SERVER: Sharon Andruchow    TITLE: Bailiff.

Check one box to indicate appropriate method of service.

☐ Served personally upon the defendant. Place where left: _____

☑ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint where left: Linda Willms, who accepted documents on behalf of Jesse Williams

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE OF FEES

| TRAVEL | SERVICES | TOTAL |
|--------|----------|-------|
|        |          | 50.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service is true and correct.

Executed on: October 26, 2007
Date

Signature of Server: S Andruchow

Address of Server: Edmonton AB